Dismissed and Memorandum Opinion filed September 8, 2005









Dismissed and Memorandum Opinion filed September 8,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00714-CR



 

____________

 

BLAKE SCOTT TAYLOR, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
338th District Court

Harris County, Texas

Trial Court Cause No. 998,709 

 



 

M E M O R A N D U M   O P I N I O N

Appellant filed a pro se notice of appeal
after the trial court dismissed this cause. 
The State moved to dismiss because appellant was convicted in another
case.








Generally, an appellate court only has
jurisdiction to consider an appeal by a criminal defendant where there has been
a final judgment of conviction.  Workman
v. State, 170 Tex.Crim. 621, 343 S.W.2d 446, 447 (1961);  McKown v. State, 915 S.W.2d 160, 161
(Tex.App.‑‑Fort Worth 1996, no pet.).  The exceptions include:  (1) certain appeals while on deferred
adjudication community supervision, Kirk v. State, 942 S.W.2d 624, 625
(Tex.Crim.App.1997); (2) appeals from the denial of a motion to reduce bond,
TEX.R.APP. P. 31.1; McKown, 915 S.W.2d at 161;  and (3) certain appeals from the denial of
habeas corpus relief, Wright v. State, 969 S.W.2d 588, 589 (Tex.App.‑‑Dallas
1998, no pet.);  McKown, 915
S.W.2d at 161.  

There is no appeal available for appellant
from the dismissal of this cause. 
Because this appeal does not fall within the exceptions to the general
rule that appeal may be taken only from a final judgment of conviction, we have
no jurisdiction. 

            Accordingly,
the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed September 8, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish C Tex. R. App. P. 47.2(b).